# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Scott Rabin

                         Plaintiff,

v.                                    Case No.: 1:09–cv–08049

                                        Honorable Elaine E. Bucklo

Cook County, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2010:

        MINUTE entry before Honorable Elaine E. Bucklo:Plaintiff's motion to substitute attorney [35] heard on 9/30/10 and the motion is granted. Accordingly, Blake Horwitz, Leah Selinger and Pamela Boshears are allowed to withdraw their appearances and Lawrence J. Jakowiak, Louis J. Meyer, Daniel P. Kiss and Adele D. Nicholas are allowed to file their appearances as substitute counsel. Discovery is extended to 12/1/10. Status hearing set for 12/3/2010 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.